# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL SEMICONDUCTOR CO., LTD.<br><br>PLAINTIFF(S)<br>v.<br>CURTIS INTERNATIONAL LTD.<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV14-9466 MMM (VBKx)<br><br>ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM |

   IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

December 11, 2014
Date

*[signature: Margaret M. Morrow]*
United States District Judge / Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

   This case has been reassigned to Judge Otis D. Wright, II for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ODW after the case number, so that the case number will read CV 14-09466 ODW(VBKx). This is very important because documents are routed to the assigned judge by means of these initials.

   Traditionally filed subsequent documents must be filed at the ☐ Western  ☐ Southern  ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

*cc:* ☑ *Previous Judge*

CV-128 (09/11)        ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM